United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40726
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JULIE RICHEY,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-141-1
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

     Julie Richey appeals her sentence following a guilty plea to
conspiracy to possess with intent to distribute more than 100
kilograms of marijuana.  Richey argues that the district court
clearly erred by increasing her sentence based on its
determination that Richey acted as an organizer, leader, manager,
or supervisor in the offense.  Having reviewed the evidence
presented at sentencing, we find no error in the district court's
determination.  United States v. Turner, 319 F.3d 716, 725 (5th

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Cir.), cert. denied, ___ U.S. ___, 123 S. Ct. 1939 (2003); United States v. Powers, 168 F.3d 741, 752-53 (5th Cir. 1999).

AFFIRMED.